UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL A. FERGUSON,

    Petitioner,

v.

                                                Case No. 10-C-956

RANDALL HEPP,

    Respondent.

**ORDER**

On October 26, 2010, Michael Ferguson filed a petition pursuant to 28 U.S.C. § 2254, asserting that his state court conviction and sentence were imposed in violation of the Constitution. On January 10, 2011 Petitioner filed a "Motion to Expand the Record" seeking to include ten trial exhibits not currently a part of the record filed with this Court. It is unclear from Petitioner's motion whether the photos he requests – apparently of a door taken at the crime scene – are necessary for a full and complete review of the petition. Before deciding the motion the Court will await a response from Respondent.

**THEREFORE IT IS ORDERED** that Respondent shall file a response to Petitioner's motion (Dkt. 14) by February 21, 2011.

Dated this   4th   day of February, 2011.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge